# ALABAMA COURT OF CRIMINAL APPEALS



March 7, 2025

**CR-2024-0318**

Darrius Chestnut v. State of Alabama (Appeal from Mobile Circuit Court: CC-15-3362.62)

## <u>NOTICE</u>

You are hereby notified that on March 7, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk